# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Murine K. Preiss,                                        Civil No. 07-3688 (RHK/AJB)

        Plaintiff,                              **ORDER OF DISMISSAL**
                                                   **WITHOUT PREJUDICE**
   vs.                                          **OF C.B. FLEET HOLDING**
                                                   **COMPANY, INCORPORATED**

C.B. Fleet Holding Company, Incorporated,
a Virginia corporation; C.B. Fleet Company,
Inc., a Virginia corporation; and DOES 1
through 100,

        Defendants.

---

Based on the Stipulation between the parties, **IT IS ORDERED** that Plaintiff's

Complaint against C.B. Fleet Holding Company, Incorporated, only, is hereby **DISMISSED**

**WITHOUT PREJUDICE** and without costs to any party.

Dated:  October 3, 2007

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge